**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1353**

———————

SHARON THOMAS,

        Plaintiff - Appellant,

    v.

ORANGE COUNTY GOVERNMENT,

        Defendant - Appellee,

    and

ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES; UNC HEALTHCARE
SYSTEM,

        Defendants.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Catherine C. Eagles,
District Judge. (1:10-cv-00078-CCE-LPA)

———————

Submitted: August 28, 2014     Decided: September 2, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sharon Thomas, Appellant Pro Se. Sonny Sade Haynes, James R.
Morgan, Jr., WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-
Salem, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Thomas appeals the district court's grant of summary judgment to the defendants upon finding Thomas' claims barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we grant Thomas leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Thomas v. Orange Cnty. Gov't, No. 1:10-cv-00078-CCE-LPA (M.D.N.C. Mar. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2